[No. 17150-7-III.    Division Three.    April 1, 1999.]

PAMELA DEMAINE, ET AL., *Appellants*, V. FEDERATED
AMERICAN INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-07234-1, Robert D. Austin, J.,
entered December 5, 1997. *Affirmed* by unpublished
opinion per Brown, J., concurred in by Kurtz, A.C.J., and
Sweeney, J.

[No. 21281-1-II.    Division Two.    April 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. JAMES WILLIAM
ROLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-00990-5, Thomas A. Swayze, Jr., J.,
entered October 8, 1996. *Affirmed* by unpublished opinion
per Hunt, J., concurred in by Bridgewater, C.J., and Hough-
ton, J.

[No. 22330-9-II.    Division Two.    April 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. KELLY GLEN
HOUART, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 97-1-00184-3, James E. Warme, J., entered
August 14, 1997. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Morgan and Seinfeld, JJ.

[No. 22418-6-II.    Division Two.    April 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. JORDAN JOHN
GARDNER, *Petitioner.*

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 95-1-00737-3, Don L. McCulloch, J., entered
November 14, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld and Hunt, JJ.